**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ex parte James Edward Demaio

Appellate case number:   01-20-00317-CR

Trial court case number:  19-2204-CC2

Trial court:             County Court at Law No 2 of Williamson County

Appellant, James Edward Demaio, has appealed the trial court's March 2, 2020 order denying his application for writ of habeas corpus. On April 16, 2020, this Court abated this appeal and remanded the case to the trial court for preparation and execution of a Certification of Appellant's Right to Appeal that complies with Texas Rule of Appellate Procedure 25.2(d). *See* TEX. R. APP. P. 25.2(d), 37.1, 44.4. On April 16, 2020, the trial court filed a supplemental clerk's record that included a Certification of Appellant's Right to Appeal an order dated March 20, 2019. The supplemental record did not include a Certification of Appellant's Right to Appeal of the trial court's March 2, 2020 order denying appellant's application for writ of habeas corpus.

The trial court clerk is directed to file a second supplemental clerk's record containing the Certification of Appellant's Right to Appeal the March 2, 2020 order denying habeas corpus relief no later than **30 days** from the date of this order. *See* TEX. R. APP. P. 34.5(c)(2).

It is so ORDERED.

Judge's signature:_____/s/ Russell Lloyd_____
                        Acting individually

Date:  April 21, 2020